■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH CARSON, Appellant. [806 NYS2d 875]—

Judgment, Supreme Court, Bronx County (David Stadtmauer, J., at plea; John P. Collins, J., at sentence), rendered September 4, 2003, convicting defendant of criminal possession of a controlled substance in the fifth degree, and sentencing him to a term of 2¹/₃ to 7 years, unanimously affirmed.

Since defendant did not contest the allegation that he had violated his plea agreement, nor offer any excuse therefor, and did not request a hearing, the court was not obligated to conduct any further inquiry, and it properly imposed the enhanced sentence provided for in the agreement (*see People v Valencia*, 3 NY3d 714 [2004]). Concur—Tom, J.P., Marlow, Williams, Sweeny and Malone, JJ.